**Opinion issued August 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00553-CV

———————————

### IN THE INTEREST OF B.A.A., a Child

On Appeal from the 57th District Court
Bexar County, Texas
Trial Court Case No. 2012-EM5-03223

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. No opinion has issued. Further, although appellant failed to include a certificate of conference in her motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.